UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
MYKAYLA FAGNANI, *on behalf of herself and all* :
*others similarly situated*, :
:
               Plaintiff, :          26-CV-2477 (JMF)
:
     -v- :          ORDER
:
ROAR BEVERAGES, INC., :
:
              Defendant. :
X
---------------------------------------------------------------------

JESSE M. FURMAN, United States District Judge:

     Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

     SO ORDERED.

Dated: March 30, 2026
      New York, New York

                                 JESSE M. FURMAN
                              United States District Judge