**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Mykayla Fagnani, On Behalf of Herself and All Other Persons Similarly Situated, | |
| Plaintiff, | 1:26-cv-02477 (JMF) (SDA) |
| -against- | **ORDER** |
| Roar Beverages, Inc., | |
| Defendant. | |

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management. (Order, ECF No. 7.) The parties are directed to appear for a telephone conference on Wednesday, July 8, 2026, at 11:30 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

Dated:      New York, New York
                June 30, 2026

_____
STEWART D. AARON
United States Magistrate Judge