**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Mykayla Fagnani, On Behalf of Herself and All Other Persons Similarly Situated,**

**Plaintiff,**

**-against-**

**Roar Beverages, Inc.,**

**Defendant.**

**1:26-cv-02477 (JMF) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, for which only Plaintiff appeared, it is hereby ORDERED that, no later than July 22, 2026, Plaintiff shall seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

Dated: New York, New York
July 8, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge